| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | PRESENTMENT DATE: **Feb. 25, 2014**<br>PRESENTMENT TIME: **10:00 a.m.** |

-------------------------------------------------- x
In re:                                           :
                                                 : Case No. 13-42244 (CEC)
234 8th ST. CORP.,,                              :
                                                 : Chapter 11
                  Debtor.                        :
                                                 :
                                                 :
-------------------------------------------------- x

## NOTICE OF PRESENTMENT OF ORDER

**PLEASE TAKE NOTICE** that on **February 25, 2014, at 10:00 a.m.**, the annexed order dismissing the Debtor's chapter 11 case with prejudice will be presented for signature to the Honorable Carle E. Craig., Chief United States Bankruptcy Judge for United States Bankruptcy Court for the Eastern District of New York, at the Conrad B. Duberstein Courthouse, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Proposed Order must be filed with the Court and served on all parties in interest, including the United States Trustee, on or before February 18, 2014 (the "Objection Date"). If objections are filed on or before the Objection Date, a hearing will be held before Carla E. Craig, Chief United States Bankruptcy Judge, on **March 5, 2014 at 11 a.m.** If no objections are filed by the Objection Date, there will not be a hearing and the Proposed Order may be signed in the form annexed.

Dated:  New York, New York
        January 27, 2014

                WILLIAM K. HARRINGTON
                UNITED STATES TRUSTEE

By:  */s/ Marylou Martin*
     Marylou Martin
     Trial Attorney
     201 Varick Street, Room 1006
     New York, New York 10014
     Tel. No. (212) 510-0500