UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re

                                          Case No. 13-42244 (CEC)

234 8th ST. CORP.,

          Debtor.

                                          Chapter 11

-------------------------------------------------------- x

## ORDER DISMISSING CHAPTER 11 CASE WITH
## PREJUDICE TO REFILING FOR ONE YEAR

Upon the stipulation by and between M. David Graubard of Kera & Graubard, attorneys for 234

8th St. Corp. (the "Debtor") and Jason Leibowitz of Kriss & Feuerstein LLP, attorneys for FTBK

Investor LLC as Trustee for NY Brooklyn Investor Trust 5 ("FTBK") that was so ordered by the

Court on October 25, 2013(ECF No. 50); and upon the order dated December 13, 2013 granting

FTBK relief from the automatic stay (ECF No. 53), and after due deliberation; it is hereby

Ordered, that this case, commenced under Chapter 11 of the Bankruptcy Code, is hereby

dismissed with prejudice to the Debtor refiling a Chapter 11 case for the one year period

following the date of entry of this order; and it is further

Ordered, that the Debtor pay to the United States Trustee the appropriate sum required

pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this order and simultaneously

provide to the United States Trustee an appropriate affidavit indicating the cash disbursements

for the relevant period.