UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re

234 8th ST. CORP.,

               Debtor.

Case No. 13-42244 (CEC)

Chapter 11

------------------------------------------------ x

# ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE TO REFILING FOR ONE YEAR

Upon the stipulation by and between M. David Graubard of Kera & Graubard, attorneys for 234 8th St. Corp. (the "Debtor") and Jason Leibowitz of Kriss & Feuerstein LLP, attorneys for FTBK Investor LLC as Trustee for NY Brooklyn Investor Trust 5 ("FTBK") that was so ordered by the Court on October 25, 2013(ECF No. 50); and upon the order dated December 13, 2013 granting FTBK relief from the automatic stay (ECF No. 53), and after due deliberation; it is hereby

Ordered, that this case, commenced under Chapter 11 of the Bankruptcy Code, is hereby dismissed with prejudice to the Debtor refiling a Chapter 11 case for the one year period following the date of entry of this order; and it is further

Ordered, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.



Dated: Brooklyn, New York
February 28, 2014

_____
Carla E. Craig
United States Bankruptcy Judge